# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand twenty-one.

Before:     Susan L. Carney,
            *Circuit Judge*.

_____

In re: Transcare Corporation,                    **ORDER**
            Debtor.
********************************              Docket No. 21-2576
Patriarch Partners Agency Services, LLC,
Transcendence Transit, Inc., Transcendence
Transit II, Inc.,

            Appellants,

v.

Salvatore LaMonica, as Chapter 7 Trustee of
the Jointly-Administered Estates of TransCare
Corporation, et al.,

            Trustee - Appellee.

_____
_____
In re: TransCare Corporation,
            Debtor.
********************************
Salvatore LaMonica, as Chapter 7 Trustee          Docket No. 21-2547
of the Jointly-Administered Estates of TransCare
Corporation, et al., Shameeka Ien,

            Plaintiffs - Appellees,

v.

Lynn Tilton,

            Defendant – Appellant.

_____

Appellants move the Court to hold the appeal docketed under 21-2576 in abeyance pending the district court's resolution of a motion for prejudgment interest in the related case. Appellants also request that Docket Nos. 21-2576 and 21-2547 proceed in tandem for briefing and argument.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeals shall be heard in tandem. A coordinated briefing schedule will issue in both appeals once proceedings in the district court have concluded.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court