# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand twenty-three.

_____

Patriarch Partners Agency Services, LLC, Transcendence Transit, Inc., Transcendence Transit II, Inc.,

      Appellants,

v.

Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,

      Trustee - Appellee.

_____

**ORDER**

Docket No: 21-2576

      Appellants, Patriarch Partners Agency Services, LLC, Transcendence Transit II, Inc. and Transcendence Transit, Inc., filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

      IT IS HEREBY ORDERED that the petition is denied.

      FOR THE COURT:
      Catherine O'Hagan Wolfe, Clerk

