**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August two thousand twenty-three,

Before:     Steven J. Menashi,
              Alison J. Nathan,
              Sarah A. L. Merriam,
                  *Circuit Judges*.

_____

Patriarch Partners Agency Services, LLC, Transcendence Transit, Inc., Transcendence Transit II, Inc.,

        Appellants,

v.

Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,

        Trustee - Appellee.

_____

**JUDGMENT**

Docket No. 21-2576

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgments of the district court and the bankruptcy court are AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit